UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| POOL CORPORATION ) | | |
| f/k/a SCP POOLS CORPORATION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | CAUSE NO.  1:06-CV-396 |
| ) | | |
| THOMAS EPPLE, et al., ) | | |
| ) | | |
| Defendants. ) | | |

**OPINION AND ORDER**

Before the Court is a Joint Motion for Protective Order (Docket # 26) seeking approval of a proposed protective order submitted by the parties.  The Court, however, requests additional clarification of the scope of the proposed protective order prior to its ruling on the motion.

Specifically, the proposed order is not particularly clear as to whether it is limited to the exchange of "Confidential Information" between the parties during the discovery phase of the proceedings or whether it is intended to encompass "Confidential Information" contained in documents ultimately filed by the parties with this Court, resulting in documents being filed under seal.  If the latter is intended, then the proposed order will be denied because its definition of "Confidential Information" is impermissibly broad. *See generally Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945-46 (7th Cir. 1999) (emphasizing that a protective order must extend only to "properly demarcated categor[ies] of legitimately confidential information"); *Alexander Hous. LLC v. Int'l Bhd. of Elec. Workers*, No. 04 C 1650, 2004 WL 1718654, at *2 (N.D. Ill. July 29, 2004) ("[T]he public at large pays for the courts and therefore has an interest in what goes on at all stages of a judicial proceeding.").

Consequently, the Court will take the Joint Motion for Protective Order (Docket # 26) under advisement and directs the parties to supplement the record by March 2, 2007, to clarify whether the proposed order is limited to solely the discovery phase of the proceedings.[1]

Enter for this 16th day of February, 2007.

S/ Roger B. Cosbey  
Roger B. Cosbey,  
United States Magistrate Judge

---

[1] Also, the proposed stipulated protective order is not signed by the parties; this will need to be remedied prior to the Court's approval of any proposed protective order.